Matter of Safriet (2023 NY Slip Op 03536)

Matter of Safriet

2023 NY Slip Op 03536

Decided on June 29, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:June 29, 2023

PM-135-23
[*1]In the Matter of Sara Beth Safriet, an Attorney. (Attorney Registration No. 5121173.)

Calendar Date:June 26, 2023

Before:Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and McShan, JJ.

Sara Beth Safriet, Silver Spring, Maryland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Sara Beth Safriet was admitted to practice by this Court in 2013 and lists an address in Washington, D.C. with the Office of Court Administration. Safriet now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Safriet's application.
Upon reading Safriet's affidavit sworn to April 21, 2023 and filed May 2, 2023, and upon reading the June 20, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Safriet is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and McShan, JJ., concur.
ORDERED that Sara Beth Safriet's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Sara Beth Safriet's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Sara Beth Safriet is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Safriet is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Sara Beth Safriet shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.